UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**FILED**

MAY 0 1 2008

U.S. Court of Appeals
Fourth Circuit

### INFORMAL BRIEF

Re:   No. 08-1283, Joseph J. Schepis, Jr., v. United States of Aerica

1.  **Jurisdiction (for appellants/petitioners only)**
    A.  Name of court or agency from which review is sought:
        United States District Court for the District of South Caroline, Rock Hill Division

    B.  Date(s) of order or orders for which review is sought:
        Order of Dismissal dated February 20, 2008 - cv 0:07-0753 JFA

2.  **Timeliness of notice of appeal or petition for review (for prisoners only)**
    Exact date on which notice of appeal or petition for review was placed in institution's internal mailing system for mailing to court:
    n/a

3.  **Issues for Review**
    Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.**
Did the District Court abuse its discretion by entering a summary order dismissing his complaint and denying, without service of process, Appellant's jurisdictional claim filed under a Writ of Error Coram Nobis?

**Supporting Facts and Argument.**
While not binding on this Court, Appellant would direct this Honorable Court to USA v. Peter, 01-16982 (11th Cir. 2002), as an authority in support. In the case before the Court, Mr. Schepis was convicted of being an Armed Career Criminal under Title 18 U.S.C. 924(e). He received a sentence of 16.8 years. However, Mr. Schepis was never indicted for the charge and his indictment did not advise him that he faced a enhanced sentence under section 924(e). Moreover, Mr. Shcepis denied being an Armed Career Criminal and refused to admit guilt to such. The District Court overruled Mr. Schepis' objections, and based solely on the preponderance of the evidence standard - when the standard of "guilt beyond a reasonable doubt" was required - found him guilty of being an Armed Career Criminal and sentenced him accordingly.

Mr. Schepis argues that as a matter of law, he is entitled to service of process on his jurisdictional complaint and a finding based upon its merits.

**Issue 2.**

Does the District Court err by denying Appellant relief by constantly insisting that Appellant is seeking a retroactive application of Booker?

**Supporting Facts and Argument.**

Mr. Schepis asks this Honorable Court to take Booker out of the equation and remove it entirely, then answer one simple question: Does a United States District Court have the jurisdiction to sentence a defendant for a crime not charged in his indictment? Mr. Schepis asserts that in the case at bar, the indictment notified Appellant that he faced a maximum term of imprisonment of ten (10) years. It does not matter that the District Court, after finding aggravating factors, made a compelling ground for departure; the District Court was limited to the statutory maximum. The Due Process clause protects the accused against conviction except upon proof beyond a reasonable doubt of every fact necessary to constitute the crime with which the defendant is charged, and the Fifth Amendment requires a defendant to be convicted only on charges considered and found by a grand jury to include an allegation of every fact which is legally essential to the punishment to be inflicted.

**Issue 3.**




**Supporting Facts and Argument.**




**Issue 4.**



**Supporting Facts and Argument**

4. **Relief Requested**

   Identify the precise action you want the Court of Appeals to take:

   Reverse and Remand instructing the District Court to effect Service of Process and to decide this case upon its merits.

5. **Prior appeals (for appellants/petitioners only)**

   A.  Have you filed other cases in this Court?
       [✓] Yes    [ ] No

   B.  If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

   _____
   Signature
   [Notarization Not Required]

   Joseph J. Schepis, Jr.
   _____
   [Please Print Your Name Here]

## CERTIFICATE OF SERVICE
****************************

I certify that on _____ I served a copy of this Informal Brief with any attachments on all parties, addressed as shown [list parties' names and the addresses at which they were served below]:

_____
Signature